UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH MCHUGHES, | ) |
|    Plaintiff, | ) ) ) |
|    vs. | )   CIVIL NO. 3:24-cv-02704-GCS ) |
| FRANK BIGANO, COMMISSIONER of SOCIAL SECURITY, | ) ) ) ) |
|    Defendant. | ) |

## MEMORANDUM & ORDER

**SISON, Magistrate Judge:**

Before the Court is the parties' Agreed Motion to Remand to the Commissioner. (Doc. 29). The parties ask that this case be remanded for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Melkonyan v. Sullivan*, 501 U.S. 89, 98 (1991); *Perlman v. Swiss Bank Corp. Comprehensive Disability Protection Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of plaintiff. *See Shalala v. Schaefer*, 509 U.S. 292, 302-303 (1993).

The parties agree that, upon remand, the ALJ will "consider the evidence, offer plaintiff the opportunity for a hearing, and issue a new decision."

For good cause shown, the parties' Agreed Motion to Remand to the Commissioner (Doc. 29) is **GRANTED**. The final decision of the Commissioner of Social Security is **REVERSED and REMANDED** to the Commissioner for rehearing and

reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court is directed to enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**

**DATED:   September 11, 2025.**

Digitally signed by Judge Sison
Date: 2025.09.11 11:17:13 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**